UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAN MCMINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:12-cv-1329 |
| v. | ) |
| | ) Judge Nixon/Magistrate Judge Griffin |
| (THE) SHERWIN-WILLIAMS COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

The parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, announce to the Court that all matters in controversy in this litigation have been settled and compromised by the parties. It is, therefore:

ORDERED, ADJUDGED and DECREED that any and all claims of Plaintiff against the Defendant in this case hereby are dismissed with prejudice. Further, it is:

ORDERED, ADJUDGED and DECREED that the parties will be responsible for their own discretionary costs, attorney's fees and expenses.

Entered this 30th day of April, 2014.

_____
United States District Judge